83,008-01

WARREN K. Rodgers                   | 402nd Judicial District
VS.                                 | Court of Wood County,
District CLERK,                     | Texas
Jenica TURNER                       |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

CAUSE NO. 16,648-2001
CAUSE NO. 16,940-2001

## Original Application for Writ of Mandamus:

TO THE HONORABLE Judge of said Court:
Comes NOW, WARREN K. Rodgers, Relator, in the above-styled and Numbered cause of action and Files this WRIT of Mandamus Requesting this Court to Order the District Clerk of Wood County, Texas, Name: Jenica TURNER to Respond back to Relator WRITTEN Request and Motions indicating that the Motions has been Filed with the 402nd Judicial District Court. And would show this Honorable the following Reason:

### I.

Relator is incarcerated in NEW Boston, TX at Telford Unit and Indigent.

Page. 1

## II.

Relator filed a Motion for Appointment of Counsel and Motion for DNA testing on December 5, 2014, Regarding Chapter 64 with the District Clerk, Jenica Turner of Wood County, TX.

District Clerk, Jenica Turner failed to inform the Relator, Warren K. Rodgers, that the Motions were filed as Relator instructed the Clerk Respectfully in a Request Letter. Relator contends that the Court had (45 days) to determine if Relator was Indigent and have Reasonable grounds for testing under Chapter 64. The Court failed to Appoint Relator an Counsel to assist him in DNA testing and etc.

Relator filed another motion Requesting for the status of the Motions on February 23, 2015. No Response from the District Clerk Regarding Chapter 64 issues. The Clerk act in Bad faith.

Relator contends that the District Clerk has a Duty to Perform.

Relator contends that he do not Know if his Motions has been Filed with the 402nd Judicial District Court. Relator Request that this Court would Order the Clerk to Forward the Status of the Chapter.64, Motions to Relator in Respect to Common Courtesy, and the Duties of the Clerk.

For the Record, the Clerk, Jenica Turner is a very good Friend of My Wife (Deceased), Mother. I am hoping that's Not the Reason why I'm not getting No Response, Relator ask for Relief in this Matter.

## PRAYER:

Relator Prays that this Petition would be Granted and a Response Forwarded to Relator Regarding to Chapter.64 Motions.

March, 11, 2015

Warren K. Rodgers
vs.
District Clerk
Jenica Turner
Wood County, TX
P.O. Box 1707
Quitman, TX 75783-1707

Cause No.
16,648-2001
and
16,940-2001

Dear Clerk Acosta,

Enclosed is the Original Application for Writ of Mandamus in the above-styled cause. Please file this and bring to the attention of the court. Please serve a copy to the District Clerk of Wood County, TX,

Thank you for your assistance in this matter.

Sincerely,
Warren Rodgers
# 1072740